No. 74–304. GORDON *v.* NEW YORK STOCK EXCHANGE, INC., ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 1018.] Motion of Retirement Board of the Teachers' Retirement System of the City of New York for leave to file a brief as *amicus curiae* denied.

No. 74–5295. PARMLEY *v.* ALABAMA ET AL.;

No. 74–5502. FARRIES *v.* UNITED STATES DISTRICT COURT; and

No. 74–5531. DRAUGHON *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. Motions for leave to file petitions for writs of mandamus denied.

No. 74–5451. MAGEE *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA. Motion for leave to file petition for writ of mandamus and/or prohibition, and/or certiorari denied.

▮

No. 73–1689. UNITED STATES *v.* AMERICAN BUILDING MAINTENANCE INDUSTRIES. Appeal from D. C. C. D. Cal. Probable jurisdiction noted. ▮

No. 74–548. UNITED STATES *v.* TAX COMMISSION OF MISSISSIPPI ET AL. Appeal from D. C. S. D. Miss. Probable jurisdiction noted. ▮

▮

No. 74–204. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* ELDRIDGE. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. ▮